Eric D. Zard (CA Bar # 323320)
**CARLSON LYNCH LLP**
1350 Columbia St., Suite 603
San Diego, CA, 92101
Telephone: 619-762-1905
Facsimile: 619-756-6991
Email: ezard@carlsonlynch.com

(Eddie) Jae K. Kim (CA Bar# 236805)
**CARLSON LYNCH LLP**
117 East Colorado Blvd. Suite 600
Pasadena, CA 91105
Telephone: 626-550-1250
Facsimile: 619-756-6991
Email: ekim@carlsonlynch.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES, LLC.<br><br>Defendant. | **Case No. 2:19-cv-10198**<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. George H. Wu |

COMES NOW Plaintiff Marisa Martinez, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in

principle with Defendant, 99 Cents Only Stores, LLC. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

| | |
|---|---|
| Date: September 14, 2020 | Respectfully submitted, |
| */s/ David F. McDowell* | */s/ Eric D. Zard* |
| DAVID F. MCDOWELL (CA SBN 125806) | Eric D. Zard  (CA Bar # 323320) |
| DMcDowell@mofo.com | **CARLSON LYNCH LLP** |
| KELSEY N. HARRISON (CA SBN 328621) | 1350 Columbia St., Suite 603 |
| KHarrison@mofo.com | San Diego, CA, 92101 |
| MORRISON & FOERSTER LLP | Telephone: 619-762-1905 |
| 707 Wilshire Boulevard, Suite 6000 | Facsimile: 619-756-6991 |
| Los Angeles, California 90017-3543 | Email: ezard@carlsonlynch.com |
| Telephone: 213.892.5200 | |
| Facsimile: 213.892.5454 | (Eddie) Jae K. Kim (CA Bar# 236805) |
| | **CARLSON LYNCH LLP** |
| ***Attorneys for Defendant*** | 117 East Colorado Blvd. Suite 600 |
| | Pasadena, CA 91105 |
| | Telephone: 626-550-1250 |
| | Facsimile: 619-756-6991 |
| | Email: ekim@carlsonlynch.com |
| | |
| | ***Counsel for Plaintiff and the Proposed Class*** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, a copy of foregoing document was filed electronically. Notice of this filing will be sent by operation of the Courts electronic filing system to counsel of record for all parties, as indicated on the electronic filing receipt. Parties may access this filing through the Courts system.

*/s/ Eric D. Zard*